—0—

1
2
3
4
5
6
7
8
9
10
11
12
13
14

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-CR-469-SJO |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | ) | |
| William Chatman | ) | |
| Defendant. | ) | |

15
16
17
18
19
20

On arrest warrant issued by a United States District Court involving alleged
violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will
reasonably assure:

(A) ☒ the appearance of defendant as required; and/or
(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will ~~definitely~~ comply w/ conditions of release or will not commit new crimes

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply with conditions of release. Also, defendant has inadequate bail resources/sureties.

IT IS ORDERED that defendant be detained.

DATED: 3/25/11

S/ H Segal
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE